UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Mary Ann Vazquez | : | Chapter 13 |
| | : | No.: 18-13899-MDC |
| Debtor(s) | : | |

RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY CITIZENS BANK, N.A.

Debtor, Mary Ann Vazquez, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Citizens Bank, N.A. hereby submits the following:

1. Admitted.

2. Admitted.

3. Admitted payments were missed. Debtor asks for the chance to catch up.

4. Denied. Debtor asked for chance to catch up.

5. Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order modifying the Automatic Stay under Bankruptcy Code Section 362.

Respectfully submitted,

Dated: April 1, 2021

_____
/s/ Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek & Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008

CERTIFICATE OF SERVICE

    I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee

**Mary F. Kennedy**
Electronic Notice
Attorney for Movant

Dated: April 1, 2021                          /s/Brad J. Sadek, Esq
                                                    Brad J. Sadek, Esq.
                                                    Attorney for Debtor
                                                    1315 Walnut Street
                                                    Suite #502
                                                          Philadelphia, PA 19107